UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Julianne Taaffe, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Michael V. Drake, et al., <br><br> Defendants. | Civil Action No. 2:15-cv-2870 <br><br> Magistrate Judge Kemp |

### PROPOSED ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

FOR GOOD CAUSE SHOWN, Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motion for Judgment on the Pleadings is hereby GRANTED. Defendants have up to and including March 25, 2016 in which to file the aforementioned document.

IT IS SO ORDERED.

```
                                        /s/ Terence P. Kemp
                                        Judge Kemp
                                        United States Magistrate Judge
```

Date: March 10, 2016