```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION


Julianne Taaffe, et al.,      :

        Plaintiffs,            :

   v.                          :        Case No. 2:15-CV-2870

Michael V. Drake,              :        JUDGE JAMES L. GRAHAM
et al.,                                 Magistrate Judge Kemp
        Defendants.            :
```

ORDER

The parties have filed a proposed case schedule setting forth new agreed dates.  Stipulated extensions of time of this nature are not permitted under this Court's Local Civil Rules.  See Rule 6.1(b) (stipulated extensions of time to respond to motions, Court orders, or other deadlines are not permitted).  The Court, however, will construe this filing as a motion and will grant it for good cause shown.  Motions to amend pleadings or join parties shall be filed by August 1, 2016.  Primary and rebuttal expert designations are due August 15 and September 30, 2016, respectively.  Discovery shall be completed by January 16, 2017.  Dispositive motions are due February 15, 2017.  This case will be referred to the March 2017 settlement week.

                              /s/ Terence P. Kemp
                              United States Magistrate Judge