# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Julianne Taaffe, et al.,**　　**Plaintiffs,**　　　v.　**Michael V. Drake, et al.,**　　**Defendants.** | **Civil Action No. 2:15-cv-2870**　**Magistrate Judge Vascura** |

## ENTRY OF DISMISSAL

Pursuant to the terms of the Settlement and Release Agreement reached by the parties in this matter, this case is hereby dismissed with prejudice, subject to this Court's reservation of jurisdiction to enforce the terms of their Agreement. The parties' Settlement and Release Agreement is attached to this Order as Exhibit One.

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　 */s/ Chelsey M. Vascura*
　　　　　　　　　　　　　　　　　　　　　**Chelsey M. Vascura**
　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**